IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-681-MPT |
| | : |
| ALL FUNDS CONTAINED IN ING DIRECT | : |
| BANK ACCOUNT NUMBER 43655078, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **9th** day of **January, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **January 17, 2008 at 8:15 a.m.** with Judge Thynge to discuss the status of the case and an amended scheduling order. **Barry Snyder, Esquire shall initiate the teleconference call.**

IT IS FURTHER ORDERED that as a result of the discussion with counsel on January 9, 2008, the pretrial conference scheduled for January 22, 2008 and the trial scheduled for February 11-12, 2008 are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE