IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-681-MPT |
| | : |
| ALL FUNDS CONTAINED IN ING DIRECT | : |
| BANK ACCOUNT NUMBER 43655078, | : |
| | : |
| Defendant. | : |

### ORDER

At Wilmington this **21st** day of **July, 2008**,

IT IS ORDERED that the pretrial order due date, the pretrial conference scheduled for July 31, 2008 at 9:00 a.m., and the two-day bench trial scheduled for August 13 and 14, 2008 beginning at 9:00 a.m. are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE